Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Telephone: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant Orlando Gillam

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:19CR0080 LJO/SKO |
| ) | |
| Petitioner, ) | |
| ) | WAIVER OF APPEARANCE |
| ) | AND REQUEST FOR ORDER |
| ) | AUTHORIZING WAIVER OF |
| ) | APPEARANCE |
| ORLANDO GILLAM, ) | |
| ) | Date: 11/04/2019 |
| Defendant. ) | Time: 1:00 p.m. |
| _____ ) | Dept: SKO |

TO THE HONORABLE SHEILA K. OBERTO:

Defendant ORLANDO GILLAM hereby waives his right to be present in person for the status hearing currently set for November 4, 2019 at 1:00 p.m. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney Steven L. Crawford and/or an attorney hired by Mr. Crawford to appear. This request is based upon the fact that Mr. Gillam recently got a new job and his ability

to get time off is limited and Mr. Gillam wants to continue to keep his employment which may become a hardship should he continue to miss work. Mr. Gillam has been and continues to be in contact with my office and is not a flight risk or danger to society. In addition, he has made every court appearance thus far and has kept all appointments with his pretrial service officer.

Dated: October 23, 2019

Respectfully submitted,

    /S/ Steven L. Crawford
Steven L. Crawford
Attorney for Orlando Gillam

# DECLARATION OF COUNSEL IN SUPPORT OF WAIVER OF APPEARANCE

I, STEVEN L. CRAWFORD, do hereby declare under penalty of perjury as follows:

1. That I am appointed to represent Defendant Orlando Gillam:

2. Mr. Gillam and I have had conversations on the telephone as well as several face to face meetings regarding this case;

3. That Mr. Gillam has been responsive to my phone calls and requests for information without delay;

4. That due to the hardship financially, Mr. Gillam asked that he be permitted to have me as his counsel or other counsel hired by me to appear for him *in absentia*.

Executed this 23rd day of October, 2019 in Grover Beach, California.

/S/ Steven L. Crawford

STEVEN L. CRAWFORD

# ORDER

Defendant, ORLANDO GILLAM's, appearance is hereby waived at the trial setting currently set for November 4, 2019, at 1:00 p.m. Counsel, Steven L. Crawford, shall be present to represent the interests of Mr. GILLAM.

IT IS SO ORDERED.

Dated: __October 25, 2019__                              /s/ *Sheila K. Oberto*

                                                                              UNITED STATES MAGISTRATE JUDGE