MCGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00080-NONE-SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE |
| v. | DATE: September 1, 2020 |
| Orlando Gillam, | TIME: 8:30 a.m. |
| | COURT: Hon. Dale A. Drozd |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney VINCENTE A. TENNERELLI, and defendant Orlando Gillam, both individually and by and through his counsel of record, STEVEN L. CRAWFORD, hereby stipulate as follows:

1. This matter is set for trial on September 1, 2020 at 8:30 p.m. (Docket No. 20)

2. On July 23, 2020, the government filed a fully-executed plea agreement setting forth the parties' resolution of this matter. (Docket No. 22).

3. On July 24, 2020, and after consultation with the parties, the Court set a change-of-plea hearing for August 27, 2020 at 9:30 a.m. (Docket No. 23).

4. Given the scheduled August 27 change-of-plea hearing and the filed plea agreement, the parties proposed to vacate the September 1, 2020 trial date.

| | |
|---|---|
| Dated:  August 10, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| Dated:  August 10, 2020 | /s/ STEVEN L. CRAWFORD<br>STEVEN L. CRAWFORD<br>Counsel for Defendant<br>Orlando Gillam |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **August 11, 2020**                                  *Dale A. Drozd*
                                                            UNITED STATES DISTRICT JUDGE

2